COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
No. BD-2020-

IN RE: LISA SIEGEL BELANGER, ESQ.

INFORMATION

To the Honorable Chief Justice and the Justices of the Supreme Judicial Court:

1.  The Board of Bar Overseers brings to the attention of this Court, pursuant to Rule 4:01, Section 8, of the Rules of this Court, matters regarding the character and conduct of the respondent, Lisa Siegel Belanger, who was duly admitted to practice before the Courts of the Commonwealth on December 18, 1996.

I. Statement of Facts

2.  The docket entries maintained by the board are found at Tab 1.

3.  The facts of this case are stated in the hearing report issued on June 24, 2019 (Tab 27) and the board vote and memorandum dated January 13, 2020. (Tab 32)

II. Proceedings

4.  On May 25, 2018, bar counsel started disciplinary proceedings against the respondent by filing and serving a petition for discipline. (Tab 2) The respondent answered the petition on June 15, 2018. (Tab 3)

5.  On June 29, 2018, the matter was assigned to a hearing committee of the board. (Tab 1, #3) The committee issued a prehearing order on August 18, 2018. (Tab 4)

6.  On August 20, 2018, a prehearing conference was held. (Tab 1, #8) At the prehearing conference, the respondent moved orally to recuse Hearing Committee Member Scott

E. Price. An order allowing the respondent's motion to recuse hearing committee member was issued on August 21, 2018. (Tab 5)

7. On September 4, 2018, bar counsel and the respondent filed separate motions for order of issue preclusion. On September 28, 2018, the Board Chair assigned the motions to the Hearing Committee Chair for decision. (Tabs 6 & 8)

8. Respondent also filed, on September 4, 2016, a motion for discovery and for bar counsel to provide a bill of particulars/a more definite statement of charges. The Hearing Chair denied both motions on October 1, 2018. (Tabs 7 & 9)

9. On September 11, 2018, bar counsel and the respondent filed oppositions to the various motions filed on September 4, 2018. (Tabs 10, 11, 12, & 13)

10. On October 19, 2018, the Hearing Chair issued orders denying the respondent's motion for issue preclusion and allowing in part bar counsel's motion for an order of issue preclusion. (Tabs 14 & 15)

11. On November 6, 2018, bar counsel filed a motion *in limine* to preclude evidence. (Tab 16) The Hearing Chair issued an order allowing in part bar counsel's motion *in limine* to preclude evidence and an order setting updated hearing dates on November 17, 2018. (Tab 18)

12. On November 27, 2018, bar counsel filed objections to respondent's witnesses and exhibits (Tab 17) and the respondent filed a motion to continue trial. (Tab 19) On November 30, 2018, bar counsel filed an opposition to the respondent's motion to continue. (Tab 20)

13. On December 5, 2018, the Hearing Chair issued an order allowing in part the respondent's motion to continue. (Tab 21) The Hearing Chair issued a further prehearing order on December 6, 2018 and an order revising the hearing dates on December 13, 2018. (Tabs 22 & 23)

14.     Public hearings on the petition for discipline were held on January 8 and 9, 2019. (Tab 33 & 34) The committee admitted 40 exhibits in evidence. (Tab 35)

15.     On February 22, 2019 and March 25, 2019, the respondent filed emergency motions to extend time for filing her proposed findings of law & facts due to unexpected and exceptional circumstances. The Hearing Chair allowed the motions on February 25, 2019 and March 28, 2019. (Tabs 24 & 25)

16.     On April 24, 2019, bar counsel filed post-hearing proposed findings of fact, conclusions of law, and a recommendation for discipline. (Tab 26)

17.     The Hearing Committee issued its report on June 24, 2019 and recommended that the respondent receive a two-year suspension and, notwithstanding the term of suspension, a reinstatement hearing. (Tab 27)

18.     The respondent filed an appeal from the hearing report and recommended discipline on August 29, 2019. (Tab 30) On September 18, 2019, bar counsel filed an opposition to the respondent's appeal. (Tab 31) The full board heard oral argument on the respondent's appeal on November 12, 2019. (Tab 1, #87)

19.     On November 12, 2019, the board issued a memorandum and voted unanimously:

> *for the reasons stated in the memorandum attached to this vote, to file an Information with the Supreme Judicial Court recommending that Ms. Belanger be suspended from the practice of law for two years; and that, if the Court imposes a suspension of a year or less despite the Board's recommendation, she be required to petition for reinstatement to the bar so she may demonstrate to the Board at a reinstatement hearing that she has taken steps to address the shortcomings noted at page 17 of the Board's memorandum.*
>
> *(Both Mr. Martin and Ms. Kazarosian were recused from the matter and did not participate in the discussion and vote.)*

(Tab 32)

### III. Costs

20. The following amounts were expended by the Board in furtherance of the disciplinary proceedings in this matter:

        Stenographer       $ 1,495.70

### IV. Conclusion

The Board of Bar Overseers respectfully brings the foregoing to the attention of this Honorable Court for such action as the Court deems necessary. The record of these proceedings is annexed hereto in pertinent part and made a part hereof.

Respectfully submitted,

*/s/ Joseph S. Berman*
Joseph S. Berman
General Counsel

February 3, 2020

# RECORD OF PROCEEDINGS
## In Re: Lisa S. Belanger, Esq.

1. Board of Bar Overseers Docket Sheet

2. Petition for Discipline
   Filed May 25, 2018

3. Respondent's Answer to Petition for Discipline with Exhibits
   Dated June 15, 2018

4. Prehearing Order
   Issued August 20, 2018

5. Order on Respondent's Motion to Recuse Hearing Committee Member
   Issued August 21, 2018

6. Bar Counsel's Motion for an Order of Issue Preclusion
   Filed September 4, 2018

7. Respondent's Motion for Discovery
   Filed September 4, 2018 and denied by Hearing Chair on October 1, 2018

8. Respondent's Motion for Issue Preclusion
   Filed September 4, 2018

9. Respondent's Motion for Bar Counsel to Provide Bill of Particulars /a More Definite Statement of Charges
   Filed on September 4, 2018 and Denied by Hearing Chair on October 1, 2018

10. Bar Counsel's Opposition to Respondent's Motion for Bar Counsel to Provide a More Definite Statement of Charges
    Filed September 11, 2018

11. Bar Counsel's Opposition to Respondent's Motion for Issue Preclusion
    Filed September 11, 2018

12. Bar Counsel's Opposition to Respondent's Motion for Discovery
    Filed September 11, 2018

13. Respondent's Opposition to Bar Counsel's Motion for Order of Issue Preclusion
    Dated September 11, 2018

14. Order on Respondent's Motion for Issue Preclusion
    Issued October 19, 2018

15. Order on Bar Counsel's Motion for an Order of Issue Preclusion
    Issued October 19, 2018

16. Bar Counsel's Motion in Limine to Preclude Evidence
    Filed November 6, 2018

17. Bar Counsel's Objections to Respondent's Witnesses and Exhibits
    Filed November 27, 2018

18. Order on Bar Counsel's Motion in Limine to Preclude Evidence and Order Setting Updated Hearing Dates
    Issued November 27, 2018

19. Respondent's Motion to Continue Trial
    Filed November 27, 2018

20. Bar Counsel's Opposition to Respondent's Motion to Continue
    Filed November 30, 2018

21. Order on Respondent's Motion to Continue
    Issued December 5, 2018

22. Further Prehearing Order
    Issued December 6, 2018

23. Order Revising Hearing Dates
    Issued December 13, 2018

24. Respondent's Emergency Motion to Extend Time for Filing Her Proposed Findings of Law & Facts Due to Unexpected and Exceptional Circumstances
    Filed February 22, 2019 and Allowed by Hearing Chair on February 25, 2019

25. Respondent's Emergency Motion for Further Extended Time to File Her Proposed Findings of Law & Facts Due to Unexpected and Exceptional Circumstances
    Filed March 25, 2019 and Allowed by Hearing Chair on March 28, 2019

26. Bar Counsel's Post-Hearing Proposed Findings of Fact, Conclusions of Law and Recommendation for Discipline
    Filed April 24, 2019

27. Hearing Report
    Issued June 24, 2019

28. Respondent's Motion to Extend Time for Filing Brief on Appeal Due to Exceptional Circumstances

Filed July 8, 2019 and Allowed in part by Hearing Chair on April 15, 2019

29. Bar Counsel's Limited Opposition to Respondent's Motion to Extend Time for Filing Brief on Appeal
    Filed July 12, 2019

30. Respondent's Brief on Appeal
    Dated August 29, 2019

31. Bar Counsel's Opposition to Respondent's Appeal
    Filed September 18, 2019

32. Vote of the Board of Bar Overseers with Board Memorandum
    Dated January 13, 2020

33. January 8, 2019 Hearing Transcript

34. January 9, 2019 Hearing Transcript

35. Hearing Exhibits 1 – 40
    Filed with the Board of Bar Overseers on November 27, 2018

36. Hearing Exhibits 41 – 44
    Admitted at Hearing on January 8, 2019

Certificate of Service

    I hereby certify that I have this day filed the foregoing documents through the Electronic Filing Service Provider. I hereby certify that I have this day served copies of the foregoing documents by first class mail, postage prepaid, upon Lisa Siegel Belanger, Esq., 300 Andover Street #194, Peabody, MA 01960.

February 3, 2020

_____
Adam C. LaFrance