# BOARD OF BAR OVERSEERS
*of the Supreme Judicial Court*
99 HIGH STREET
BOSTON, MASSACHUSETTS 02110
617-728-8700
Fax: 617-482-8000

massbbo.org

BOARD OF BAR OVERSEERS
JEFFREY R. MARTIN, CHAIR
MARIANNE C. LEBLANC, VICE CHAIR
PAULA M. BAGGER
ELISABETH O. daSILVA
APRIL C. ENGLISH
FRANK E. HILL, III
MARSHA V. KAZAROSIAN
FRANCIS P. KEOUGH
DAVID B. KRIEGER, M.D.
ELIZABETH RODRIGUEZ-ROSS
ERNEST L. SARASON, JR.
A. CLARISSA WRIGHT

GENERAL COUNSEL
JOSEPH S. BERMAN

ASSISTANT GENERAL COUNSEL
PAUL M. REZENDES
JEFFREY D. WOOLF
MERLE R. HASS

LEGAL PROGRAM MANAGER
MICHELLE YU

EXECUTIVE DIRECTOR
GREGORY J. WENGER

January 16, 2020

<u>Via email and hand delivery</u>
Adam C. LaFrance, Esq.
Office of Bar Counsel
99 High Street, 2nd Floor
Boston, MA 02110

<u>Via email and regular and certified mail</u>
Lisa Siegel Belanger, Esq.
Belanger Law Office
300 Andover St, Number 194
Peabody, MA 01960

RE: <u>Bar Counsel, Petitioner vs. Lisa Siegel Belanger, Respondent</u>
BBO File No. C2-17-00247608

Dear Attorneys LaFrance and Belanger:

Enclosed kindly find a copy of the Vote of the Board of Bar Overseers taken at its meeting held January 13, 2020 with regard to the above matter.

Thank you for your attention to this matter.

Sincerely yours,

June D. Risk
Legal Administrative Assistant

/jdr
cc: Raquel Webster, Esq.
Marcelle Willock M.D.
Sally Ann Janulevicus, Esq.
Rodney S. Dowell, Esq.
Certified Mail/Return Receipt Requested & First Class Mail to Respondent
#7014 1200 0001 4056 9792

## BOARD OF BAR OVERSEERS
*of the Supreme Judicial Court*
99 HIGH STREET
BOSTON, MASSACHUSETTS 02110
617-728-8700
Fax: 617-482-8000

massbbo.org

BOARD OF BAR OVERSEERS
JEFFREY R. MARTIN, CHAIR
MARIANNE C. LeBLANC, VICE CHAIR
PAULA M. BAGGER
ELISABETH O. daSILVA
APRIL C. ENGLISH
FRANK E. HILL, III
MARSHA V. KAZAROSIAN
FRANCIS P. KEOUGH
DAVID B. KRIEGER, M.D.
ELIZABETH RODRIGUEZ-ROSS
ERNEST L. SARASON, JR.
A. CLARISSA WRIGHT

GENERAL COUNSEL
JOSEPH S. BERMAN

ASSISTANT GENERAL COUNSEL
PAUL M. REZENDES
JEFFREY D. WOOLF
MERLE R. HASS

LEGAL PROGRAM MANAGER
MICHELLE YU

EXECUTIVE DIRECTOR
GREGORY J. WENGER

In accordance with the Rules of the Board of Bar Overseers, at its meeting held January 13, 2020, the Board of Bar Overseers considered the record in re **Matter of Lisa Siegel Belanger** (C2-17-00247608). After consideration and upon Motion duly made and seconded, it was unanimously

VOTED: for the reasons stated in the memorandum attached to this vote, to file an Information with the Supreme Judicial Court recommending that Ms. Belanger be suspended from the practice of law for two years; and that, if the Court imposes a suspension of a year or less despite the Board's recommendation, she be required to petition for reinstatement to the bar so she may demonstrate to the Board at a reinstatement hearing that she has taken steps to address the shortcomings noted at page 17 of the Board's memorandum.

(Both Mr. Martin and Ms. Kazarosian were recused from the matter and did not participate in the discussion and vote.)

*Elizabeth Rodriguez-Ross*
Secretary pro tem

SUPREME JUDICIAL COURT
for Suffolk County
Case Docket

IN RE: LISA SIEGEL BELANGER
THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
BD-2020-013

## CASE HEADER

| | | | |
|---|---|---|---|
| **Case Status** | Hearing scheduled | **Status Date** | 02/20/2020 |
| **Nature** | Misconduct | **Entry Date** | 02/03/2020 |
| **Relief Sought** | term suspension | **Justice** | Gaziano, J. |
| **Full Ct Number** | | **Case Type** | Discipline |

### INVOLVED PARTY

**Office of the Bar Counsel**
Complainant

**Board of Bar Overseers**
Complainant

**Lisa Siegel Belanger**
Respondent

### ATTORNEY APPEARANCE

Adam C. LaFrance, Assistant Bar Counsel
Rodney S. Dowell, Bar Counsel

Joseph S. Berman, Board Counsel

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 02/03/2020 | | Case entered. |
| 02/03/2020 | #1 | Information pursuant to S.J.C. Rule 4:01, §8 filed by Joseph S. Berman, Board Counsel |
| 02/03/2020 | #2 | Order assigning Justice Gaziano. (Gants, C.J.) |
| 02/03/2020 | #3 | NOTICE Re: 1) Entry of new Bar Docket Case filed; 2) Response or further pleadings may be electronically filed; and 3) Copy of S.J.C. Rule 2:23 enclosed regarding Appeals in Bar Discipline Cases. |
| 02/03/2020 | #4 | CD Record of Proceeding Volume(s) |
| 02/03/2020 | #5 | IMPOUNDED documents filed with Record of Proceedings. |
| 02/03/2020 | #6 | Motion to Impound Exhibits at Tabs 13 and 25 from the record of proceedings filed by General Counsel Joseph S. Berman. (Order #7) |
| 02/12/2020 | | Motion Under Advisement. (Gaziano, J.). |
| 02/12/2020 | #7 | ORDER OF IMPOUNDMENT, as on file. (Gaziano, J.) |
| 02/12/2020 | #8 | Electronic Notice to counsel/parties regarding paper number 7. |
| 02/20/2020 | | bdhrg scheduled on 04/22/2020 at 11:00 AM in Courtroom 2, Second Floor. |
| 02/20/2020 | #9 | Order of Notice issued returnable twenty-second day of April, 2020 at 11:00 am, Courtroom 2, John Adams Courthouse, 1 Pemberton Sq., Boston, Massachusetts, filed. |
| 02/20/2020 | #10 | Notice to assistant bar counsel regarding paper number 9. |
| 02/24/2020 | #11 | Email from Lisa Belanger received Monday February 24, 2020 at 1:13 pm. with attached docket sheet. |

As of 03/04/2020 2:25pm

# Look Up An Attorney

Click on each Attorney for more details.

**Lisa Siegel Belanger**

(978) 998-2342
**Status** Active

**Malpractice Insurance** No

**City** Peabody

**Public Discipline** Yes - Click to Expand

()

**Belanger Law Office**
300 Andover St, Number 194
Peabody, Massachusetts 01960

**Admitted to the Mass. Bar**
12/18/1996

**Board of Bar Overseers Number**
633060

**Malpractice Insurance** Not Covered

05/25/2018 :
Disciplinary Proceedings Pending

View More

Contact Us: 99 High Street | 2nd Floor | Boston, Massachusetts 02110 | (617) 728-8750

BBO/OBC Privacy Policy. Please direct all questions to webmaster@massbbo.org. © 2020. Board of Bar Overseers. Office of Bar Counsel. All rights reserved.

**BOARD OF BAR OVERSEERS**
*of the Supreme Judicial Court*
99 HIGH STREET
BOSTON, MASSACHUSETTS 02110
617-728-8700
Fax: 617-482-8000
massbbo.org

BOARD OF BAR OVERSEERS
VINCENT J. PISEGNA, CHAIR
JOHN J. MORRISSEY, VICE CHAIR
APRIL C. ENGLISH
ANDREW J. FERRARA
ERIN K. HIGGINS
FRANCIS P. KEOUGH
DAVID B. KRIEGER, M.D.
JEFFREY R. MARTIN
DAVID A. ROUNTREE
KEVIN P. SCANLON
MICHAEL G. TRACY

GENERAL COUNSEL
JOSEPH S. BERMAN
ASSISTANT GENERAL COUNSEL
PAUL M. REZENDES
ASSISTANT GENERAL COUNSEL
JEFFREY D. WOOLF
ASSISTANT GENERAL COUNSEL
MERLE R. HASS

July 2, 2018

Lisa Segal Belanger, Esq.
Belanger Law Office
300 Andover Street, umber 194
Peabody, MA  01960

Re:  <u>Bar Counsel, Petitioner v. Lisa Segal Belanger, Esq., Respondent</u>
     BBO File No. C2-17-00247608

Dear Attorney Belanger:

    We received your recent filing in connection with your petition for discipline and noted that you filed it *pro se*. We strongly encourage you to obtain counsel as soon as possible to represent you in this matter, so that you can benefit from the objective perspective of a third party in representing you.

    If you wish to be represented by counsel in these proceedings but are unable to afford counsel, or need assistance in obtaining counsel, the Board will attempt to assist you. Such request should be addressed to me at 617-728-8712 or j.berman@massbbo.org.

    It is very important that you contact us right away, as it is the Board's policy, given time standards approved by the Supreme Judicial Court, not to continue the hearing for the purpose of allowing a respondent additional time to obtain counsel.

Sincerely yours,

Joseph S. Berman
General Counsel

JSB/jdr
cc:  Adam C. LaFrance, Esq.