# PART 3: ISOLATE, MEDICATE, LIQUIDATE: How to Fleece a Senior

## Seek to Shut Down Drugging, Embezzlement, Fleecing of Seniors – Judge Denies Hearing



by Lonnie Brennan

Marvin H. Siegel is 88 years old. Five years ago, a home health aide dialed 911 and Mr. Siegel was transported to Beverly Hospital. He was subsequently locked up involuntarily in a Whittier Pavilion psychiatric ward according to court filings. Why the health aide called 911

remains a matter of controversy. Mr. Siegel's daughters charge that their father was snatched up as part of a standard operating procedure amongst certain lawyers and their accomplices. The goal: to begin the process of isolating, medicating, and liquidating their father's $6 million estate.

And the daughters believe they've found the equivalent of a "smoking gun": a call to Whittier by one of the lawyers accused of stealing Mr. Siegel's money and entries in the Whittier computer system occurring days before the grab, as the daughters claim in court exhibits. Court filings state that their father was administered drugs at Whittier and while drugged, he was misled to believe that his family was trying to steal his money and – while under the influence of these mind-altering drugs – lawyers convinced the confused elder to affix his signature to documents which stripped away decades of careful, deliberate family estate planning instruments, and stripped the senior from control of his millions.



Cuffe

Fast forward five years. Mr. Siegel remains medicated with anti-psychotics, isolated from certain family members, and is "held as a prisoner in his own home, with around-the-clock, so-called medical aides – more like guards," his daughter Lisa Siegel Belanger says.

BostonBroadside.com | New England Politics and Beyond, WITHOUT THE LIBERAL SPIN™ | The Boston Broadside - JUNE 2017 | 3

## PART 3: ISOLATE, MEDICATE, LIQUIDATE: How to Fleece a Senior
### Warning to Seniors: Rich or Poor, You're Worth a LOT to Lawyers, Courts, and Service Agencies!

## Daughters Charge "Criminal Enterprise" Within the Mass. Probate & Family Court System · Seek to Shut Down Drugging, Embezzlement, Fleecing of Seniors — Judge Denies Hearing

**by Lonnie Brennan**

Marvin H. Siegel is 88 years old. Five years ago, a home health aide dialed 911 and Mr. Siegel was transported to Beverly Hospital. He was subsequently locked up involuntarily in a Whittier Pavilion psychiatric ward according to court filings. Why the health aide called 911 remains a matter of controversy. Mr. Siegel's daughters charge that their father was snatched up as part of a standard operating procedure amongst certain lawyers and their accomplices. The goal: to begin the process of isolat-



port from which a jury can determine that the purported May 25, 2011 revocation of our elderly father's Durable Power of Attorney (executed in 2003) directly occurred by fraud and deceit of the named Defendants," Lisa said.

"Given that our father explicitly set forth in his 2003 Durable Power of Attorney that Devens and I (his

with faxing Father's medical record to Defendant Merrimack Valley— 2 days prior to the involuntary commitment."

**The Taking**

"Investigation notes entered into the computer system of Defendant [Elder Services of Merrimack Valley] ESMV… state that Defendant ESMV and its staff had information that: Elder's assets are roughly $7 million including the home he lives in which is paid for; Elder has a will that divides the elder's assets equally between the elder's three (3) children; and Elder has a trust where the majority of his assets

Lisa – an attorney like her retired father – sought immediate court relief, but was shut down at all avenues, in the lower courts and in District Court. But during the course of her efforts, she began to amass a tremendous amount of documents, not just on her father, but on many other seniors like her father. In thousands of pages, court transcripts, and related documentation which stack several feet high, she states that she has found repeated evidence of systemic fraud, money laundering, embezzlement, and organized racketeering within the Massachusetts Probate and Family Court system.

Lisa and one of her sisters at one point filed a 462 page complaint with 2,767 numbered paragraphs and 393 separate exhibits. In it she detailed many instances of senior abuse and corruption, and presented 28 specific charges for fraud and other unlawful actions related to the taking of her father and the liquidation of his estate. Lisa said she included everything possible to allow anyone to read it and make a decision to move the case along to a jury trial, based on fact not opinion.



## Court Refuses to Hear the Case

Lisa's filings to free her father were rejected by the lower courts, and at District Court, Judge Allison D. Burroughs rejected the filings three times. (The judge gave a number of reasons for rejection, mostly centered around length and failure to be "concise." Lisa filed a shortened version – it too was rejected. Then she filed her third version, condensed to 48 pages, reducing the charges from 28 counts to four counts, and reducing the list of defendants. It too was rejected.

In her refusal to take up the case, Judge Burroughs dismissed all defendants named in the summary document, as well as all those previously named.



Atty Siegel with daughter Lisa at a happier time

"In my opinion," Lisa said in response to the dismissal, "the title of the article published by Law360.com on March 30, 2017 specifically pertaining to the dismissal of the amended federal civil action that my sister Devora and I filed (Belanger & Kaiser v. BNY Mellon et al.) says it all: "13 Escape Claims They Defrauded An Elderly Man."

"In Judge Burrough's memorandum, I submit that she erroneously relies on a broad and sweeping statement indicating that Devora and I did not set forth factual assertions to support a claim for which relief can be granted—as shown, Law360's title broadcasts otherwise.  As conveyed in the article written by Law360, Devora and I (as plaintiffs) set forth more than ample factual support from which a jury can determine that the purported May 25, 2011 revocation of our elderly father's Durable Power of Attorney (executed in 2003) directly occurred by fraud and deceit of the named Defendants," Lisa said.

"Given that our father explicitly set forth in his 2003 Durable Power of Attorney that Devora and I (his daughters) were his designated attorneys-in-fact (legal term meaning agent and representative to stand in his stead), he purposefully created and gave Devora and I legal interest in that 2003 written advanced planning instrument. Therefore, it is axiomatic that Devora and I can in fact be granted relief for the fraudulent revocation of our father's 2003 Durable Power of Attorney," she explained.

At press time, we were informed that when Judge Burroughs was an attorney, she worked closely with counsel of one of the key defendants in this case, and according to Lisa, the judge should have either recused herself or at the very least revealed/discussed such past assocations. A review of Massachusetts District Court Case No. 1:12-cv-11632-RWZ is apparently in order, amongst others.

Lisa and her sister Devora are now in the process of compiling an appeal to the First Circuit U.S. Court of Appeals. If Lisa was not a lawyer, she estimates that the cost to her and her sister would have easily exceeded $100,000 in legal fees to take the case this far. She said that for most people who are not lawyers, it's virtually impossible to fight back.

# Excerpts from the Various Filings

In the following paragraphs, we've included a few excerpts from some of the prior court filings.

## A Near Miss?

"...Elder [Mr. Siegel] stated: "I don't know who the hell called you guys. I don't need anything. This is my house and I have everything I need...I don't see why anyone called you guys. I have everything I need and I am fine. Leave me your card and I will have my daughter call you if I need anything..."

## Was it a Planned Snatch?

"...Defendant Attorney Cuffe made knowing and intentional misrepresentations ... that "nobody" had anticipated the involuntary commitment...[but documents show] he made calls to the adult behavioral unit of Defendant Merrimack Valley Hospital, along with faxing Father's medical record to Defendant Merrimack Valley— 2 days prior to the involuntary commitment."

## The Taking

"Investigation notes entered into the computer system of Defendant [Elder Services of Merrimack Valley] ESMV... state that Defendant ESMV and its staff had information that: Elder's assets are roughly $7 million including the home he lives in which is paid for; Elder has a will that divides the elder's assets equally between the elder's three (3) children; and Elder has a trust where the majority of his assets are managed by New York Mellon Bank and he has an investment banker by the name of Brian Nagle who is the personal banker for his account."

"The evaluator of Defendant Beverly Hospital did not inform Daughter Lisa that Father's being admitted to Defendant Whittier Pavilion was an involuntary commitment... did not mention, in any manner, that antipsychotics would or could be a potential result of Father's admission ..."

"...the very next day after Defendant Brian Nagle spoke with Defendant Attorney Tarlow—Defendant Attorneys Tarlow and Watson went to see Father, while locked-down at Defendant Whittier Pavilion."

## Drugs

"... Father is being forced to ingest antipsychotics with Father having no underlying diagnosis of any psychiatric or mood disorder—the court ordered forced administering of antipsychotics is based solely on the diagnoses of Alzheimer's and dementia."

"In court testimony of Defendant Dr. Peter Cohen—the expert psychiatric witness used by designated Defendants...evidences that Father does not have an underlying diagnosis of an actual psychiatric or mood disorder warranting the use of antipsychotics."

[The filings state that the defendant's own written records] "document—before Father had been forced to take antipsychotics...that Father was very capable of independent activities at that time; such as self-care, handling of medication, use of the telephone, and the ability to walk with the mere use of a cane.  Also, reflected in the records was the above average intellectual functioning of Plaintiffs' father before forced administration of antipsychotics."

"As a result of continuous court ordered forced administration of antipsychotics, Plaintiffs' father's emotional and physical quality of life has rapidly declined. Medical treatises well establish that Seroquel and Risperdal accelerate the deterioration of an elder's cognitive function."

Since 2005, the FDA has issued a "black-box warning" regarding antipsychotics, that are specifically, based on the increased risk of fatality for elders due to the most common adverse side-effect of causing pneumonia and other respiratory issues. Low blood pressure is another common side-effect causing fatality in elders.

"Furthermore, Defendant Dr. Portney's affidavit stated that Plaintiffs' father had not shown any adverse side-effects from taking Seroquel—to the contrary, overwhelming evidence

shows that Defendant Dr. Portney knew that such statement was false; that he had specific knowledge that Father, in fact, has suffered adverse side-effects from taking Seroquel—which was, also, well-known by designated Defendants (Attorney Marsha Kazarosian, Attorney Brian Cuffe, Attorney Robert Ledoux, Attorney Cheri Myette, Attorney Maxa Berid, Attorney Thomas Barbar, LICSW Michael Novack)."

"… Defendant Attorney Cuffe admitting, in court, that … he had actual knowledge that the home health care agency (Defendant Right At Home) was concealing antipsychotics in Plaintiffs' father's food."

## Lawyer and Judge – Setting Drug Dosages

"Defendant Dr. Cohen's treatment order had the starting dosage of Seroquel be 50 mg up to 250 mg; Dr. Land's treatment order had the starting dosage be 25 mg up to 300 mg… Defendant Attorney Cuffe submitted …a specific dosage… Judge Abber crossed out the dosage and handwrote his own dosage order…Defendant Attorney Cuffe had written the antipsychotic dosage as: <u>Seroquel up to 300 mg per day</u>—Judge Abber, instead, hand-wrote: initial dosage of <u>25 mg</u>"

"An alternative antipsychotic medication and dosage…was: a) Risperdal, up to 6 mg per day—with the addition made by Judge Abber: with an initial dose of 1 mg bid" and b) Zyprexa, up to 20 mg per day—with Judge Abber changing the 20 mg to 10 mg and the addition of: with an initial dose of 5g per day."

"Showing ill-motives is Defendants' seeking Father to be given the maximum amount of antipsychotics proposed by the professional witnesses—who were not Father's treating doctors. Further compounding the egregiousness of Defendants actions is the fact that they knew Father had been receiving 12.5 mg of Seroquel, twice a day…"

"… she [daughter Lisa] and Plaintiff Daughter Devora had been precluded from being able to obtain an independent medical examination of Father so that they have a full and adequate opportunity to present their case…"

## Father Ignored

"Father openly and vehemently expressed that he wanted Plaintiff Daughter Lisa and her family to permanently reside with him and to tend to his personal care and needs," the

filings state, and then provide a string of documents supporting this statement. In their filings, the daughters repeatedly cite hospital and various caseworkers and others own writings and words, over a period of years in their printed computer journals, that state their father's wishes were repeatedly ignored.

In one note, Defendant Diane Powell wrote that Defendant Attorney Myette informed her that Father wants to remain at home; that Defendant Attorney Myette reported "elder [Father] is bored, lonely, depressed." [after the removal of his daughter and her family from his home]

## Burial Plans – Really?

"For example, Plaintiff Daughter Lisa had discovered that Defendants had been making—under stealth—burial plans for Father..."

## The "Bribe"

"...Defendant Attorney DeNapoli called Attorney Long (counsel for Plaintiff Daughter Lisa) to propose what he characterized as an offer of settlement ... if Plaintiff Daughter Lisa would withdraw her petitions he would facilitate Plaintiff Daughter Lisa immediately receiving $100,000 from Father's estate..."

## Father Seeks Release

"...Defendant Diane Powell sent an email to Defendant Attorney Berid...that stated:

... Mike went to see Mr. Siegel yesterday in his home and he appears to be doing well. He was focused on Mike going to the papers [newspapers] with him and helping him "expose what is going on..."

## Charge of Systemic Fraud, Corruption

"...this Complaint and accompanying exhibits...provide specific and concrete evidence that there is an established systemic pattern by officials associated with the Massachusetts Probate & Family Courts of deliberately engaging in knowingly unlawful acts of intrusion into the private affairs of citizens for the specific purpose of maintaining a very intricate and extensive criminal enterprise of embezzlement and money laundering—such criminal enterprise is operated under the veil of color of authority. As a matter of routine custom and practice, officials of the Massachusetts Probate & Family Courts engage in knowingly illegal

conduct specifically intended to dismantle the family unit and the sanctity of family integrity so as to facilitate their ultimate objective of obtaining illicit gain."

"...the incessant abuse of power inflicted by Defendants—and their agents—is overwhelmingly widespread throughout the Massachusetts Probate & Family Courts and not an isolated situation or aberration."

"...Defendants resorted to acts of retaliation against Plaintiffs that shock and chill the conscience."

"... systemically use tactics to dismantle the family structure...the tactics routinely used include, but are not limited to, obtaining court orders to: forcibly separate families who live together; unjustifiably and unlawfully restrict communications between elders and their families and friends; unjustifiably and unlawfully drug elders with antipsychotics. ... Consequently, the systemic use of such afore-described tactics inflict serious physical and emotional harm upon the elders and their families."

The filings provide multiple examples and supporting documentation on numerous individuals.

## What Next?

At press time, the rejections by the court have been appealed and a pre-hearing settlement conference has been scheduled.

Kevin Hall, the New England Director of the Citizens Commission on Human Rights (www.cchrnewengland.org), said that the isolation, medication, and estate plundering of a senior "couldn't be done without the psychiatrists wrongfully labeling and drugging the elderly with phony diagnoses (mental health diagnoses, unlike medical, are subjective and based only on opinion, so therefore you could never prove a diagnoses as fraud or even incorrect). It also takes crooked attorneys."

"If any other person in society drugged a person in order to steal his or her money, they would be in prison," Mr. Hall said. "These psychiatrists should also be in prison except that they are allowed to hide under the guise of medicine."  ¨

Share on Facebook                                    Tweet

f   Share on Facebook        🐦  Tweet on twitter         G  Share on google+

℗  Pin to pinterest          🟢



## Admin

---

## Related Articles



16 JAN. 2018 The Boston Broadside    New England Politics and Beyond, WITHOUT THE LIBERAL SPIN™    BostonBroadside.com



DCF    FRONTPAGE

## DCF Dirty Tricks

 January 28, 2018     admin

DCF Dirty Tricks Originally published in the January 1, 2018 printed edition of The Boston Broadside by Gregory A. Hession, J.D. The Massachusetts Dept. of Children & Families (DCF) uses predictable tactics against parents, as though they were in an unwritten rule book. These are all in a "DCF Dirty Tricks" section on my web                                    Read More...

## ISOLATE, MEDICATE, LIQUIDATE: How to Fleece a Senior PART 2 – UPDATE NOTES

📅 May 2, 2017    👤 admin

Warning to Seniors: Rich or Poor, You're Worth a LOT to Lawyers, Courts, and Service Agencies! by Lonnie Brennan In our prior edition, we briefly outlined how retired Boxford attorney Marvin Siegel had established a plethora of detailed estate planning documentation with the intention of protecting his approximately $9 million estate from predators, interlopers

Read More...

◀ CHRISTIAN ISSUE

THE TAKING OF A ▶

## 4 Replies to "Daughters Charge "Criminal Enterprise" Within the Mass. Probate & Family Court System –"



**David Arnold**

June 25, 2017 at 7:19 pm

This case is an example of a fundamental problem with guardianship. The present system of managing guardianship violates the principle of separation of powers.

The difference between democracy and dictatorship is that no one in a democracy has absolute power. When there is no separation of powers the result is dictatorship.

Under the present system the court is responsible for appointment of guardians in addition to its defined duty of adjudicating complaints against a guardian. The court has sole control over guardianship. This creates a dictatorship where the judge has absolute power.

If there is collusion between a judge and a guardian there is no legal recourse! If there is a complaint against a guardian the judge is both a party to the dispute and the arbiter of the dispute. This is a conflict of interest.

A judge cannot adjudicate a complaint against a guardian they appointed. This could force the judge to admit they made a mistake or acted improperly. This violates the constitutional right of the judge against self incrimination!

The answer to the problem is to separate authority for appointment of guardians from authority for adjudicating complaints against a guardians. Complaints have to be adjudicated by a disinterested party.

Reply

---

 **B.j.pershing**

September 6, 2017 at 12:42 am

Please friends:

1. Do not allow a judge to make medical decisions about "competency." Insist on a medical professional for those rulings.

2. Do not allow lawyers to do, and bill for accounting services. They are not accountants. Hire a CPA. Not only are they trained professionals, they are typically 1/3 the cost.

Reply

---

 **Ann Animous**

October 3, 2017 at 7:30 am

There is no place for Elder Guardianships when there is will able and competent family to care and meet the needs of the family. There is no role in the decision making of needs based of ones parents. No laws have been broken except the ones the newly appointed Trustee is going to accuse you of to make it look like they have to stay and make all the decisions because the family is fighting, they contested the will, they interferred with my contract worker the pooper scooper lady. Ect. Attorneys only make lies to generate fees and major character assassinations of he family members to make it look like they are the only ones who can care for the ward. They ban family members, violate every law/statute

they are to adhere to in administering a Trust. They dont do Inventory lists which is first thing to do. No reports to family's. The family accountant should handle the money and attys need to move on to their next victim. Judges need to Sanction and provide oversight of the crooks they are appointing.

Reply



**Molly Rupp**

December 31, 2018 at 10:47 am

interesting article. I didn't read the whole thing because I live it everyday in Amherst ma. dealing with the Northampton ma probate court. which is turning me from an inherited rental property owner to a persecuted medically drugged vagrant in housing and on food stamps.

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

FRONTPAGE

## PART 4: LAWYERS CHARGED WITH FLEECING ELDER MARVIN SIEGEL OUT OF MILLIONS...NOW SEEK TO GET HIS DAUGHTER DISBARRED

📅 July 16, 2017   👤 admin   💬 Comments(5)

THE (EVIL) EMPIRE STRIKES BACK!

# LAWYERS CHARGED WITH FLEECING ELDER MARVIN SIEGEL OUT OF MILLIONS –

# THEN ATTACK DAUGHTER – SEEKING TO GET HER DISBARRED

BOSTON BROADSIDE CITED IN COMPLAINT TO BAR COUNSEL

PART 4

by Lonnie Brennan

"High-powered lawyers" is an understatement to describe the North Shore powerhouse of attorneys who have been accused of isolating and medicating retired Attorney Marvin H. Siegel of Boxford, Mass. in order to liquidate his estimated $7 million estate.



## BACKGROUND SUMMARY

Mr. Siegel has been held as a virtual hostage in his own home, with 24/7 round-the-clock "guards" (medical providers), who, according to one of his daughters, have isolated the 89-year old from close family members for the past five years. Mr. Siegel was placed on lock-down through a court decree of unlimited powers granted to Attorney Brian T. Cuffe, courtesy of Judge Susan D. Ricci (who wrote the order while the presiding judge was on vacation in Italy).

Mr. Siegel's nightmare is complicated, but highlights are contained in Parts 1, 2, and 3 in prior issues of The Boston Broadside.  In summary, he was involuntarily committed to a psychiatric facility (Whittier Pavilion in Haverhill, Mass.) by a doctor at Beverly Hospital, following a questionable ambulance transport from his house to the hospital. His evaluation was for potential Alzheimer's onset. It has been charged that Brian Nagle of BNY Mellon, which held

the bulk of Mr. Siegel's multi-million dollar estate, dispatched Atty. Edward Tarlow and his associate Catherine Watson to the psychiatric facility where, according to Mr. Siegel's attorney daughter, Lisa Siegel Belanger, Mr. Siegel s was administered drugs and lied to, and unwittingly signed away years of careful, deliberate family and estate planning documentation.

Mr. Siegel later experienced a second involuntary commitment at Merrimack Valley Hospital half-a-year later, the daughter charges, after the newly signed documents were used by Attorney Cuffe to further drug and control the senior. The details of that commitment are noted in prior issues of this newspaper. Nightmare is a gentle term to describe the "legal kidnapping," medication, isolation, and subsequent liquidation of Mr. Siegel's life-estate.

## KAZAROSIAN STRIKES BACK AGAINST DAUGHTER

High-profile Attorney Marsha V. Kazarosian, along with Attorneys Cuffe, James E. Feld, and Thomas J. Barbar, have collectively filed a complaint to the Office of the Bar Counsel, Board of Bar Overseers (B.B.O.) of the Supreme Judicial Court in Boston for "professional misconduct" on the part of daughter Lisa Siegel Belanger, who has fought the high-financed lawyers tooth and nail for five years.

In their complaint (B.B.O. File NO. C2-12-002476408 – Marsha V. Kazarosian, et. al.), the lawyers who have controlled Mr. Siegel's estate – and have drained an estimated $1 million from the estate over each of the past five years (according to court filings) – submitted 101 pages of counter-claims against Lisa Siegel Belanger, inclusive of exhibits which admonish Lisa for speaking to the press. The exhibits include several pages of Boston Broadside coverage of the case.



*Attorney Marsha V. Kazarosian participating in the Massachusetts Lawyers Weekly Circle of Excellence 2016 Roundtable  – YouTube*

The complaint states that The Boston Broadside was provided with lies by the daughter, but in 101 pages, not one lie is exposed, nor even mentioned. We've reviewed the case files (thousands of pages, and exhibits, as well as video and audio tapes and eagerly await clarification in the future on what appear to be a broad-brush tarnishing of Lisa Siegel Belanger for daring to go up against such a powerhouse team of attorneys. Most striking is that Lisa's exposure throughout this process of multiple other seniors who have suffered similar actions by some of these same lawyers, is not addressed.

Since the Boston Broadside's articles have been published in more than 38,000 printed newspapers, as well as online, other media have picked up the story. The question which is repeatedly asked is how Kazarosian and her fellow "untouchables" could have gained so much control over Mr. Siegel. And the recent B.B.O. complaint, when shared with others brings more questions. In the complaint, Kazarosian charges Mr. Siegel's daughter with exploiting her own father, for spending a fraction ($85,000) of his multi-million dollar holdings. Apparently, most of those funds were actually spent defending Mr. Siegel against the "untouchables." So, how is this "exploitation" by Lisa, we are asked? And how can Kazarosian

keep a straight face saying that the untouchables need to spend millions to defend themselves against Lisa?

The untouchables' complaint against Lisa also spills much ink over a series of contempt-of-court charges made against Lisa. The bulk of the charges were made because Lisa visited her father in the hospital, where he was believed critically ill from complications of various drugs. Lisa took too long to respond to the first contempt-of-court charge, and was subsequently fined multiple times (and re-charged with multiple contempt-of-court charges) until she made payments to certain untouchables to cover their legal fees in prosecuting her for visiting her father, against their wishes. Seriously, truth is stranger than fiction.



## KAZAROSIAN COSTELLO LLP

546 Main Street
Haverhill, Massachusetts 01830-3295

MARSHA V. KAZAROSIAN
WALTER A. COSTELLO, JR.
JAYNE L. DUTCHER
LINDA M. LITTLE
MARK A. MOCCIA
MATTHEW P. MOCCIA

TEL: (978) 372-7758
FAX: (978) 372-9299
www.kazarosiancostello.com

LAWYERS ADMITTED IN:
MASSACHUSETTS
NEW HAMPSHIRE
MAINE, NEW YORK
CALIFORNIA
FEDERAL COURTS
OFFICE MANAGER LINDA MORRISSEY

May 4, 2017

Office of the Bar Counsel
Kenneth Luke, Esquire
99 High Street
Boston, MA 02110

### RECEIVED

MAY 05 2017

ATTORNEY & CONSUMER
ASSISTANCE PROGRAM

RE: Lisa Siegel Belanger

Dear Mr. Luke:

The undersigned attorneys, Marsha V. Kazarosian, ("Kazarosian"), James E. Feld,
("Conservator" or "Feld"), Brian T. Cuffe, ("Guardian" or "Cuffe"), and Thomas J. Barbar,
("Barbar"), (collectively "the Undersigned"), believe that Attorney Lisa Siegel Belanger,
("Belanger"), an individual licensed to practice law in the Commonwealth of Massachusetts, has
committed multiple violations of the Massachusetts Rules of Professional Conduct,
("Mass.R.Prof.C."), that raise substantial questions as to her honesty, trustworthiness, and fitness
as a lawyer.

As such, please accept this letter and accompanying attachments as a formal Complaint
of Belanger's misconduct and violations of the Massachusetts Professional Rules of Conduct, as
contemplated by Mass.R.Prof.C. 8.3.

#### FACTUAL BACKGROUND AND LITIGATION SUMMARY

In summary, during the course of litigation in the Essex County Probate and Family
Court, ("Probate Court"), relative to Guardianship and Conservatorship Petitions filed by
Belanger seeking protection for her father, Marvin H. Siegel, ("Mr. Siegel"), Belanger has
engaged in a pattern of abusive litigation intended to harass and malign the reputations of the

SALEM OFFICE   10 FEDERAL STREET, SUITE 401, SALEM, MASSACHUSETTS 01970   (978) 744-4700

*Counter-complaint filed by Attorneys Kazarosian, Cuffe, Feld, and Barbar against Marvin Siegel's daughter Lisa, claiming she is the reason they have had to deplete millions from his estate to fight her – to protect Marvin Siegel from her exploitation.*

A further question we've been asked is: If Lisa had been guilty of misspending any money, why was she not charged or has had any complaint lodged against her for five years, until she recently went public to the press?

Most curiously, we've been asked: Why now? Why are these four, high-powered attorneys who took control of Mr. Siegel's estate, now, after five years, striking out against Mr. Siegel's daughter, Lisa? Is it because Kazarosian's, Cuffe's, Feld's and other's actions have "seen the light of day" in a newspaper?

Of interest, Kazarosian has taken out a full-page color advertisement in Massachusetts Lawyers Weekly, a private publication made available to lawyers, stating (in all capital letters): "LAWYERS TRUST MARSHA KAZAROSIAN AND WALTER COSTELLO TO LEAD THEIR BAR ASSOCIATIONS. CLIENTS TRUST THEM TO OBTAIN THE BEST RESULTS." The ad is estimated to cost in excess of $4,500 according to the publication's online posted rates. In the ad, Kazarosian is featured in a low-cut top, with a smiling, suited Costello.

Kazarosian is the immediate past president of the Massachusetts Bar Association. In addition to a long list of service in various lawyer associations, in January 2016 Kazarosian was appointed by Gov. Charlie Baker to the Supreme Judicial Court Nominating Commission. She had previously served six years with the B.B.O.

Notes: Lisa Siegel Belanger had previously filed multiple submissions to the B.B.O. (approximately a dozen, she stated) against Kazarosian and her group during the past four years. Each has been outright rejected, stating that no investigation could take place as it was "pending litigation." In contrast, Lisa is now forced to reply to the one Kazarosian complaint – the one complaint that seeks to strip Lisa from her livelihood –  her ability to work as a lawyer.

Lisa filed a complaint of racketeering against Kazarosian, et. al., but the courts refused to consider it, despite multiple attempts (and it has been revealed that more than one court judge is closely tied with Lisa's opponents!).

The lawyers who control Mr. Siegel's estate continue to try to get him vacated from his $900,000+ Boxford home. And Lisa continues to fight them every step of the way, appeal after appeal. But the case has never been discussed in court – always rejected in the lower courts on technicalities of paperwork filings, never on the merits of connected lawyers isolating, medicating, and liquidating a defenseless senior.

## Where from Here?

With the involvement of such high-powered lawyers and the seeming acquiescence of the judicial system, several people have suggested that perhaps it is time for the U.S. Attorney's Office to take a look at this entire case. Similar cases of older mistreatment have also recently come to our attention which we are in the process of investigating. Stay tuned.

(NOTE: Kazarosian either intentionaly lied or else has serious comprehension problems: she misrepresented The Boston Broadside's article regarding the cataloguing and control of the contents of Mr. Siegel's safety deposit box in her complaint to the B.B.O.)

**NEVER MISS AN ISSUE**

**Boston Broadside**
NEW ENGLAND POLITICS AND BEYOND...without the liberal spin!
**START MONTH:**

**SUBSCRIBE TODAY**
Mailed Each Month to Your Home or Office
**OR SEND A GIFT SUBSCRIPTION!**
☐ Standard Bulk Paper Mail at $30 per year (1-3 weeks delivery)
☐ or 1st Class Mail  at $45 per year (1-3 days delivery)

Name
Address
City/Town
State                           Zip
E-mail
☐ CHECK ENCLOSED  ☐ MasterCard  ☐ VISA  ☐ Discover  ☐ American Express
Card No.                      Expires:         CCV:

**978-352-6800**
PHONE, MAIL, OR INTERNET [www.BostonBroadside.com]
VISA  AMERICAN EXPRESS  DISCOVER  PayPal

**The Boston Broadside**
P.O. BOX 4200
Peabody, MA 01961

Please subscribe and support the growth of the ONLY mass distributed NON-LIBERAL newspaper in New England.

WE THANK OUR SUPPORTERS AND SUBSCRIBERS WHO MAKE PRINTING AND DISTRIBUTION OF **TENS OF THOUSANDS OF COPIES** OF THIS NEWSPAPER POSSIBLE    ads@BostonBroadside.com · 978-352-6800

Share on Facebook                              Tweet

f   Share on Facebook          🐦  Tweet on twitter          G  Share on google+

⊕   Pin to pinterest          ☺

## Admin

Attorney General Candidate Jay McMahon: 'On Day One I Will Restore Your Rights' Opposes AG's Gun Grab, Promises Crackdown on Opioids – Focus on Public Safety From the January 1, 2018 printed edition of The Boston Broadside by Lonnie Brennan "On day one – day one – I will restore your rights," Attorney General

Read More...

◀ LET FREEDOM RIN

Approved House ▶

## 5 Replies to "PART 4: LAWYERS CHARGED WITH FLEECING ELDER MARVIN SIEGEL OUT OF MILLIONS...NOW SEEK TO GET HIS DAUGHTER DISBARRED"



**B.j.pershing**

September 6, 2017 at 12:36 am

Go instantly to the feds:

In addition to elder abuse, financial abuse
and racketeering, covered in RICO laws.

The racketeers are the members of the state Bar (both
lawyers and judges) who use their "special knowledge" (a legal term
of art in RICO law) to create a problem in order to
charge fees to solve it.

We will be re-posting your series at StopProbateFraud.com,
with your permission.

Go on offense!
Pershing

Reply



**Kelley Smoot Garrett**

September 8, 2017 at 7:55 pm

⌃



Same thing is happening in New Mexico. I dared to protest against the attorneys' theft of my mother's trust's Earned Interest Income through the attorney's misuse of their IOLTA accounts. I filed a complaint at the New Mexico Disciplinary Board against loss of Earned Interest Income, as well as the court-appointed Trustee's renewal & subsequent use of my deceased mother's American Express credit card, and cell phone, and the sale of my mother's house at well below market value to a former client of court-appointed Trustee. I was punished, not the lawyers.

The District Court Judge found me guilty of "making mistakes" and "running to the Disciplinary Board" for every disagreement and since the Chief Disciplinary Counsel had — on his own and without any review by the complete Board — dismissed all my documented complaints against the 6 attorneys involved, I was fined $11,700+ in legal fees, paid to the lawyers to reimburse them for the time they spent defending themselves against my complaints to the Disciplinary Board.

The Chief Disciplinary Counsel of New Mexico is Bill Slease (I am not making up that last name.) Slease is an estate planning attorney, and therefore hardly a disinterested party in guardianship and trust cases. Slease had repeatedly and acting on his own and without oversight from the complete Disciplinary Board, dismissed multiple complaints about the same group of attorneys who are conducting a probate racket in New Mexico, much as Kazarosian et al are in Massachusetts. Evidently, the 'new' way for probate attorneys and judges to make money, is to steal it from the incapacitated, and the dead.

Reply

---

Pingback: Boston Lawyers Drain Fellow Lawyer's Estate – Stop Probate Fraud

---



**Ann Animous**

October 8, 2017 at 5:34 am

Kellys comment is absolutely factual as our family is still in the Guardianship ︿
turnstile of looting and financially abusing the elderly in ABQ, NM. This is a finely



tuned well oiled machine. The Judges are at the Helm of the Crime, appointed Corrupt colluded Conservators who themselves has history of abuse to his 2nd wife. These appointees are not vetted, no background cks and have a license to steal with their Law Degree. Bill Slease, Disciplinary Director in NM is part of the collusion. Everyone of the many know who have filed complaints are told they lack supporting documents and that is true. The Trustee who is his friend refuses to provide them to the family's which is illegal and in direct violation of state statutes and Uniform Probate Codes. We have taken this to the Supreme Court who sat a panel of 16 Judges and Attys, (Appointed will not Sanction these attys even after proof has been filed and provided to Judge of the laws broken by the appointments. NEVER go to an atty in NM and get your parents out of their.

Reply



### Ann Animous

October 9, 2017 at 1:12 am

" Improper use of an adult's funds, property, or resources by another individual is elder abuse. This includes, but is not limited to, fraud, embezzlement. forgery, falsifying records, coerced property transfers, or denial of access to assets."

ABQ victims first thought is Darryl Millet, Greg MacKenzie, Decades, Tom Schmidt II, Bruce Puma, Barbara Buck, Patrick Westerfield, Vanessa DeNiro, Ruth Pregenzer, Modrall Law Firm, Judith Wagner CPA, Judge Brickhouse/Judge Nash, allegedly have been part of the exploitation "allegedly" for decades looting Elderly Estates.

Reply

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Wednesday, March 04, 2020    f

# THE BOSTON BROADSIDE – THE PEOPLE'S PAPER

NEW ENGLAND POLITICS AND BEYOND... without the liberal spin

Home  ›  Horrors of Guardianship  ›

HORRORS OF GUARDIANSHIP: Gov. Baker Turns a Blind Eye



**HORRORS OF GUARDIANSHIP**
**NEVER CROSS A POWERFUL LAWYER**

**Governor Baker's Appointee to the Supreme Judicial Court Nominating Commission, Atty. Marsha V. Kazarosian Attempts to Silence Whistleblower**

**90-Year Old Marvin Siegel Remains Under 24/7 House Guard as High-Profile Lawyers Drain Millions from His Estate**

by Broadside Staff

The Boston Broadside has previously detailed in a four-part series the system-... draining of the estate of 90-year...

...ing their posted 24/7/365 "guards," as Marvin's daughter Lisa Siegel Belanger refers to his round-the-clock paid "care-givers," whom she has detailed keep...

Horrors Of Guardianship

## HORRORS OF GUARDIANSHIP: Gov. Baker Turns A Blind Eye

📅 July 3, 2018   👤 admin   💬 Comments(5)

# Governor Baker's Appointee to the Supreme Judicial Court Nominating Commission, Atty. Marsha V.

# Kazarosian
# Attempts to Silence Whistleblower

## 90-Year Old Marvin Siegel Remains Under 24/7 House Guard
## as High-Profile Lawyers Drain Millions from His Estate

**HORRORS OF GUARDIANSHIP**
**NEVER CROSS A POWERFUL LAWYER**

**Governor Baker's Appointee to the Supreme Judicial Court Nominating Commission, Atty. Marsha V. Kazarosian Attempts to Silence Whistleblower**

**90-Year Old Marvin Siegel Remains Under 24/7 House Guard as High-Profile Lawyers Drain Millions from His Estate**

by Broadside Staff

The Boston Broadside has previously detailed in a four-part series the systematic draining of the estate of 90-year-old Boxford resident Marvin Siegel by Governor Charlie Baker's 2016 appointee, Attorney Marsha V. Kazarosian, and other lawyers.

During the past seven years, millions have been drained from the retiree's estimated $9 million estate. He's expected to be tapped out within a year.

Where has the money gone? To lawyers, lawyers, lawyers, elder service providers, and the like. Heck, the lawyers even charge one another to talk to each other and to send e-mails to one another, and then bill the estate. They also spend money on the daily care of Marvin, including their posted 24/7/365 "guards," as Marvin's daughter Lisa Siegel Belanger refers to his round-the-clock paid "caregivers," whom she has detailed keep the senior isolated in his

Boxford home. Lisa has also detailed how these "so-called medical providers have denied her dad his basic dignity: he can't even use a cell phone to talk to his grandchildren!"

How did Marvin Siegel Get Grabbed?

The story is long and parts of it are detailed in the prior four-part series, but can be condensed to this: Marvin was transported to Beverly Hospital on a call from a senior home-visiting aide, then transported to a psychiatric facility where he signed over paperwork and control of his millions. The forced drugging of Marvin has also been detailed in copious court filings.

**Fighting Back, Getting Betrayed**

Marvin hired Atty. Kazarosian as private legal counsel in August of 2011 for the specific purpose of fending off a state "elder protective service" agency (Elder Services of Merrimack Valley) from unlawfully making him a ward of the state (assigning a guardian to him). He never envisioned that Atty. Kazarosian would quickly switch sides and work against the him, as has been charged by members of Marvin's family.

In March of 2015, Marvin's daughter, Attorney Lisa Siegel Belanger, filed an extensive federal civil action in which she claims that Atty. Kazarosian is part of a long-embedded insidious enterprise of corrupt lawyers and judges using the Massachusetts Probate & Family Court system to exploit elders—and any person of any age for that matter who happen to be vulnerably labeled as "incapacitated." Lisa's extensive, detailed complaint and accompanying exhibits can be viewed by the public free of charge at http://www.belangerlawoffice.com/free-marvin/federal-civil-action-2015/.

Soon after Lisa filed her racketeering action with the U.S. District Court, she provided a copy to Governor Baker. In her complaints to the governor, Lisa revealed a systemic pattern of elder abuse, money laundering, and embezzlement. Governor Baker refused to reply to Lisa and in less than a year from the first complaint, appointed Atty. Kazarosian to the commission that nominates Massachusetts' highest court judges—known as the Supreme Judicial Court Nominating Commission.
(http://www.mass.gov/governor/administration/sjcnc/)

On December 1, 2017, Lisa filed another formal complaint, this time directly to Governor Baker, Lt. Governor Karen Polito, counsel for the Governor, and the Executive Director of the

Supreme Court Judicial Nominating Commission. In her complaint, Lisa extensively detailed what she termed the continuous, vicious exploitation of her elderly father and family by Atty. Kazarosian and her associates. As of press time, Governor Baker and the above-specified officials have not responded to Lisa's complaint.

**But it Gets Worse: Atty. Kazarosian Seeks to Disbar Lisa Belanger**

Over the course of seven years, Lisa has fought to get her father released from what she terms the clutches of Atty. Kazarosian and associates. Lisa has filed numerous legal petitions, and has even received a court-ordered fine for speaking to her own father!

In response to her actions in defending her father, Lisa has informed The Boston Broadside that Atty. Kazarosian seeks to disbar her. Lisa claims this is to silence her from fighting for her father. She has detailed that now that Marvin's plight has been publicized in The Boston Broadside, Atty. Kazarosian has "made it her personal mission and vendetta to maliciously and unlawfully thwart my continuous exposing of this long-embedded corruption in the Massachusetts Probate & Family Courts. At the behest of Marsha Kazarosian, on May 25, 2018, Adam LaFrance, Assistant Bar Counsel, filed formal charges against me," Lisa shared.

As Lisa has summarized, "the Office of Bar Counsel documentation states that they are prosecuting me to silence my exposure of this corruption of epidemic proportions and for specifically having sought legal relief in the federal court. Conspicuously, LaFrance, fails to state how my substantiated allegations are in any manner false or dishonest as they charge. The Office of Bar Counsel seemingly forgets that truth is an absolute defense."



**HORRORS OF GUARDIANSHIP**
NEVER CROSS A POWERFUL LAWYER
Governor Baker's Appointee to the Supreme Judicial Court Nominating Commission, Atty. Marsha V. Kazarosian Attempts to Silence Whistleblower
90-Year Old Marvin Siegel Remains Under 24/7 House Guard as High-Profile Lawyers Drain Millions from His Estate

by Broadside Staff

The Boston Broadside has previously detailed in a four-part series the system-[...] draining of the estate of 90-year [...] ing their posted 24/7/365 "guards," as Marvin's daughter Lisa Siegel Belanger refers to his round-the-clock paid "care-givers," whom she has detailed keep [...]

**Good for the Goose,
But not the Gander?**

In sharp contrast, the Office of Bar Counsel has blatantly and flagrantly ignored Lisa's filing of complaints against Marsha Kazarosian and other specified counsel since 2012. Repeatedly, from 2012 through 2014, the Office of Bar Counsel wrote to Lisa stating that no investigation would be conducted due to matters being actively "pending" in the Essex Probate & Family Court.

Yet, even though matters are still actively taking place in the Essex Probate & Family Court, in May of 2017 the Office of Bar Counsel opened an investigation against Lisa as a result of a complaint filed by Marsha Kazarosian—the very first complaint initiated against Lisa from the time this matter commenced in 2011. One year later, the Office of Bar Counsel began formal procedures against Lisa (May 25, 2018).

Self-admittedly, Marsha Kazarosian has close and substantial inner-workings with those presiding in the Massachusetts judiciary—all the way up to the state's highest court justices. In Kazarosian's many self-published profiles, she boasts being appointed to the Massachusetts Supreme Judicial Court's Advisory Committee for Clerks of the Courts and having served on the Superior Court Civil Working Group; that in 2014, she served on the SJC's Access to Justice Commission Committee on the Bar Exam.

Of particular significance, Marsha Kazarosian openly flaunts her having acted as a Hearings Committee Officer for the Massachusetts Board of Bar Overseers for a 6-year term.

Kazarosian has also openly touted having been a part of the Board of Governors during Deval Patrick's administration, along with documented big-dollar political contributions to high-profile Democrats including former Attorney General Martha Coakley, Senator Elizabeth Warren, Senator Ed Markey, Joe Kennedy III, Barak Obama, Joe Biden, John Kerry, Tom Daschle, and various Democratic organizations. [Editor's Note: So-called Republican Gov. Baker appointed a heavy-financial-donor to extremist Democrats? Then turned a blind eye on complaints against her?]

Lisa says, "It can be of no surprise by the outlandish backroom antics resorted to by Obama appointee U.S. District Court Judge Allison Burroughs and First Circuit Court of Appeals Justices Sandra Lynch (Bill Clinton appointee), when they dismissed the federal civil actions I filed in 2015 and 2017." Lisa added, "Kazarosian is high-profile and a big donor. Oh, and Judge

Burroughs just happens to be one of the foremost, early-on federal judges to have nixed President Trump's initial travel ban."

We'll provide more details in the next issue regarding the highly-connected, high and low-profile attorneys involved in the systemic draining of Marvin Siegel's estate, and how they have stolen more than money: they have stolen Marvin's connections with his grandchildren, and his dignity.   ♦



Share on Facebook                                                  Tweet

f   Share on Facebook            Tweet on twitter        G   Share on google+

P   Pin to pinterest          �counters

**Admin**

## Related Articles

 Pingback: Massachusetts Attorney Exposing Medical Kidnapping Threatened with Being Disbarred – Human Trafficking Mass

**Diane V. Ransom**

July 8, 2018 at 2:37 pm

I know this "thing" has been going on for years. Martha Coakley said it was a consumer issue and many more complaints need be filed for her to take action. No Elder is safe who owns any thing of value and is not cared for by their own family. Even then do not even try to get relief from a Elder Day Care. They are eyes and ears to help with choosing who will be declared incompetent next. It is a horrible thing.

Reply

 **Janet J. Pidge**

July 25, 2018 at 3:12 pm

My healthy religious mother Frances C. Buttrick was still enjoying ballroom dancing, fine dining etc. before she was illegally forced into a dangerous nursing home (murdered 12/26/14). Due to the high stakes plaguing our (Beverley A. Finnegan, Janet J. Pidge) case... top officials, including, Gov. Charlie Baker conspired with the radical lesbian probate judge Maureen Monks to brazenly kill my dear sister Beverley. Baker wanted to protect powerful people (including Lt. Gov. Karyn Polito, former Mayor Setti Warren, Police Chief Dave MacDonald, Asst. Appeals Clerk Patty Malone, former AG Martha Coakley, Patrick Jordan-Quern, Louise Dick, and others) who Finnegan, Pidge previously took to court. Before hiring Attorney Coreen Goodwin (07/2018) ...I hired Attorney Julianna L. Bruce (05/2018) who promised to ask J. Monks to release my sister home. Bruce asked Pidge to drop off legal retainer at her home. Bruce was scheduled to appear before J. Monks the next day and abruptly dropped the case. Attorney Goodwin and legal intern, Sarah Oulton believed a murder hit was put on Beverley. Goodwin promised to get my legal POA/Health Care Proxy reinstated to release Beverley from illegal captivity and promised to help move



us out of Newton which Officer Daniel Nardelli told Pidge was no longer safe. In short, Goodwin, Oulton lied about everything ignored my emergency calls and became part of the problem.

Lisa Belanger's dear father Marvin Seigel was medically kidnapped and warrants immediate release. With high stakes also plaguing Belanger's case, the governor and his criminal team are trying to destroy what is left of her life. It is evil to inject unwarranted dangerous drugs into Mr. Seigel and criminal to target Lisa who is her father's legal POA/HCP. I only wish a decent lawyer would come forth to help Lisa get her abused father home...Janet J. Pidge

Reply

Pingback: Massachusetts Seeks to Disbar and Silence Attorney Fighting to Expose Corruption in Senior Medical Kidnappings - Massachusetts Trafficking Humans

Pingback: Massachusetts Seeks to Disbar and Silence Attorney Fighting to Expose Corruption in Senior Medical Kidnappings | Human Trafficking Massachusetts

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *